# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIANNA LINDSAY MILLAR,<br><br>Defendant. | Case No.: 22-cr-2432-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On January 9, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for January 12, 2024 to February 9, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 61] and sets the Motion Hearing/Trial Setting on February 9, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On January 9, 2024, a plea agreement was lodged before the Court, and a change of plea hearing will be set before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

Further, on November 5, 2022, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from November 5, 2022 to February 9, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 1/10/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE